**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| VALERO RENEWABLE FUELS COMPANY, LLC and DIAMOND ALTERNATIVE ENERGY, LLC<br><br>*Petitioners*,<br><br>v.<br><br>PETER BUTTIGIEG, *in his official capacity as Secretary of the United States Department of Transportation*,<br><br>SOPHIE SHULMAN, *in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration*; and<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,<br><br>*Respondents*. | Case No. 24-____ |

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 49 U.S.C. § 32909(a)(1), and Federal Rule of Appellate Procedure 15(a), Valero Renewable Fuels Company, LLC and Diamond Alternative Energy, LLC hereby petition this Court for review of a rule of the National Highway Transportation Association captioned *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-*

*Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, and signed on June 7, 2024. A copy of the rule is attached to this petition as Exhibit A.

The rule sets Corporate Average Fuel Economy standards for passenger cars and light trucks for Model Years 2027-2031, and fuel efficiency standards for heavy-duty pickup trucks and vans for Model Years 2030-2035.

Venue in this Circuit is proper under 49 U.S.C. § 32909(a) because the new rule was prescribed under 42 U.S.C. § 32902, petitioners are adversely affected by the rule, and petitioners' principal offices are located in Texas. NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for review of its orders. Therefore, petitioners plan to file another petition after publication of the final rule in the Federal Register to preserve their rights.

Petitioners produce and sell liquid fuels used in motor vehicles and participated in the rulemaking process by commenting on the rule when proposed. Petitioners seek review of the rule on the grounds that it is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701, *et seq.*; in excess of the agency's statutory authority; unconstitutional; and otherwise contrary to law.

Petitioners respectfully request that this Court hold unlawful, vacate, enjoin, and set aside the rule and provide such additional relief as may be appropriate.

June 17, 2024

Respectfully submitted,

/s/ *Jeffrey B. Wall*
Jeffrey B. Wall
Morgan L. Ratner
Sullivan & Cromwell LLP
1700 New York Avenue NW
Washington, DC 20006-5215
(202) 956-7500
wallj@sullcrom.com

Brittany M. Pemberton
Bracewell LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800
brittany.pemberton@bracewell.com

*Counsel for Diamond Alternative Energy, LLC, and Valero Renewable Fuels Company, LLC*

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

VALERO RENEWABLE FUELS COMPANY, LLC and DIAMOND ALTERNATIVE ENERGY, LLC

*Petitioners*,

v.

PETER BUTTIGIEG, *in his official capacity as Secretary of the United States Department of Transportation*,

SOPHIE SHULMAN, *in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration*; and

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,

*Respondents*.

Case No. 24-____

## RULE 26.1 STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Petitioners make the following disclosures:

Valero Renewable Fuels Company, LLC, a Texas limited liability company, is a wholly owned direct subsidiary of Valero Energy Corporation,

a Delaware corporation whose common stock is publicly traded on the New York Stock Exchange under the ticker symbol VLO.

Diamond Alternative Energy, LLC, a Delaware limited liability company, is a wholly owned direct subsidiary of Valero Energy Corporation, a Delaware corporation whose common stock is publicly traded on the New York Stock Exchange under the ticker symbol VLO.

JUNE 17, 2024

Respectfully submitted,

/s/ *Jeffrey B. Wall*

JEFFREY B. WALL
MORGAN L. RATNER
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Washington, DC 20006-5215
(202) 956-7500
wallj@sullcrom.com

BRITTANY M. PEMBERTON
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800
brittany.pemberton@bracewell.com

*Counsel for Valero Renewable Fuels Company, LLC and Diamond Alternative Energy, LLC*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I hereby certify that (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus-scanning program and is free from viruses.

/s/*Jeffery B. Wall*
JEFFREY B. WALL

JUNE 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, the foregoing Petition for Review was electronically filed with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit through the appellate CM/ECF system, and I will cause a copy of the date-stamped Petition for Review and Exhibit A attached thereto, to be sent via certified mail to:

Adam Raviv
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, DC 20590

U.S. Department of Transportation
Office of the General Counsel
950 Pennsylvania Ave., N.W.
Washington, DC 20530

/s/ *Jeffrey B. Wall*
JEFFREY B. WALL

JUNE 17, 2024