UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION, DEPARTMENT OF
TRANSPORTATION, CORPORATE AVERAGE FUEL
ECONOMY STANDARDS FOR PASSENGER CARS AND
LIGHT TRUCKS FOR MODEL YEARS 2027 AND
BEYOND AND FUEL EFFICIENCY STANDARDS FOR
HEAVY-DUTY PICKUP TRUCKS AND VANS FOR
MODEL YEARS 2030 AND BEYOND, FED. REG. 52540,
PUBLISHED ON JUNE 24, 2024                                                MCP No. 189

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The National Highway Traffic Safety Administration on behalf of the Department of Transportation, issued a final rule regarding fuel economy standards, which was published in the Federal Register on June 24, 2024. On July 9, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in the following six courts of appeal: First Circuit, Second Circuit, Fifth Circuit, Sixth Circuit, Eighth Circuit, District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Sixth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Sixth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*[signature]*
Delora Davis, Operations Supervisor
Random Selector

*[signature]*
Marcella Lockert, Acting Clerk of the Panel
Witness

IN RE: NATIONAL HIGHWAY TRAFFIC SAFETY
ADMINISTRATION, DEPARTMENT OF
TRANSPORTATION, CORPORATE AVERAGE FUEL
ECONOMY STANDARDS FOR PASSENGER CARS AND
LIGHT TRUCKS FOR MODEL YEARS 2027 AND
BEYOND AND FUEL EFFICIENCY STANDARDS FOR
HEAVY-DUTY PICKUP TRUCKS AND VANS FOR
MODEL YEARS 2030 AND BEYOND, FED. REG. 52540,
PUBLISHED ON JUNE 24, 2024

MCP No. 189

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| First Circuit, No. 24-1617 | Conservation Law Foundation v. National Highway Traffic Safety Administration, et al. |
| Second Circuit, No. 24-1770 | Natural Resources Defense Council v. United States National Highway Traffic Safety Administration. |
| Fifth Circuit, No. 24-60311 | Valero Renewable Fuels Company LLC, et al. v. Pete Buttigieg |
| Sixth Circuit, No. 24-3539 | Kentucky Corn Growers Association, et al. v. Peter Buttigieg, et al. |
| Sixth Circuit, No. 24-3560 | State of West Virginia, et al. v. Peter Buttigieg, et al. |
| Sixth Circuit, No. 24-3572 | Kentucky Corn Growers Association, et al. v. Peter Buttigieg, et al. |
| Eighth Circuit, No. 24-2224 | American Free Enterprise Chamber of Commerce v. Pete Buttigieg, et al. |
| DC Circuit, No. 24-1215 | Sierra Club v. NHTSA, et al. |